IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE VAN BUREN,

     Petitioner,                No. CIV S-09-1274 KJM P

     vs.

ED FOULK,

     Respondent.          ORDER

_____/

     A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change. A failure to comply with this rule may result in the imposition of sanctions, including dismissal of the action.

     Accordingly, IT IS HEREBY ORDERED that plaintiff file his change of address within sixty days. Failure to comply with this order will result in dismissal of the action.

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

2/kly
vanb1274.133a

1